AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Vidhi Buch | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-6704 |
| City of New York, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff                                                                 .

Date:    08/11/2026

/s/ Regina Powers
*Attorney's signature*

Regina Powers 5779988
*Printed name and bar number*

Trial Lawyers for Justice
421 W. Water Street 3F
Decorah, IA 52101

*Address*

regina@tl4j.com
*E-mail address*

(270) 903-8871
*Telephone number*

*FAX number*