THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVE BANKS**
*Corporation Counsel*

**JENNY WENG**
*Senior Counsel*
Phone: (212) 356-2648
Fax: (212) 788-9776
jweng@law.nyc.gov

October 27, 2026

**BY ECF**
Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Vidhi Buch v. The City of New York, et. al.,
26cv6704 (KPF)(GS)

Your Honor:

I am a Senior Counsel in the Federal Litigation Division of the New York City Law Department assigned to the defense of the above-referenced matter on behalf of defendant City of New York.[1] In that capacity, I write to respectfully request a 45-day enlargement of time, from October 29, 2026 until December 14, 2026, within which defendant City may answer or otherwise respond to the complaint. This is the first request for an enlargement of time to which Plaintiff consents.

In the complaint, plaintiff claims, *inter alia,* excessive force, failure to intervene, First Amendment violations, First Amendment retaliation, municipal liability, violations of the New York State Constitution, assault and battery, negligence, negligent hiring, screening, retention, training and supervision and violations of N.Y.C. Administrative Code§§8-801 et seq. In addition to the City of New York, plaintiff names NYPD Does as defendants. In accordance with Defendant City's obligation under Rule 11 of the Federal Rules of Civil Procedure, additional time is needed to investigate the allegations set forth in the complaint. To that end, defendant City is still obtaining relevant documents and information to properly respond to the complaint. Accordingly, defendant City requires this enlargement so that this Office may obtain the underlying documentation, properly investigate the allegations of the complaint and fulfill our obligation under Rule 11 of the Federal Rules of Civil Procedure.

[1] This case has been assigned to Assistant Corporation Counsel Elizabth Dennis-Nguyen, who is awaiting admission to the Southern District of New York. Ms. Dennis-Nguyen is handling this matter,

In view of the foregoing, defendant City respectfully requests a 45-day extension of time, from October 29, 2026 to December 14 2026, to answer or otherwise respond to the complaint. Thank you for your consideration herein.

Respectfully submitted,

/s/ *Jenny Weng*

Jenny Weng
Senior Counsel
Special Federal Litigation Division

cc: **VIA ECF**
Counsel of Record