UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
VIDHI BUCH,

Plaintiff,

- against -

CITY OF NEW YORK, ET AL.,
Defendants.
---------------------------------------------------------x

**NOTICE OF SUBSTITUTION OF COUNSEL**

1:26cv6704 (KPF) (GS)

**PLEASE TAKE NOTICE** that the following attorney is hereby substituted in place of Jenny Weng as counsel of record on behalf of Defendant City of New York.

**Elizabeth Dennis-Nguyen**
*Assistant Corporation Counsel*
New York City Law Department
100 Church Street
New York, New York 10007
(212) 356-1673
edennisn@law.nyc.gov

Please serve all paper and future notifications on the attorney for Defendants at the address set forth above and please terminate Jenny Weng from the docket as counsel of record and replace her with Elizabeth Dennis-Nguyen.

DATED: November 4, 2026
New York, New York

**STEVEN BANKS**
Corporation Counsel of the
City of New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007
(212) 356-1673
edennisn@law.nyc.gov

__/s/ Elizabeth Dennis-Nguyen__

By: Elizabeth Dennis-Nguyen
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc: *All Parties (via ECF)*